```
 1  DAN SIEGEL, SBN 56400
    EMILYROSE JOHNS, SBN 294319
 2  SIEGEL, YEE, BRUNNER & MEHTA
    475 14th Street, Suite 500
 3  Oakland, California 94612
    Telephone: (510) 839-1200
 4  Facsimile: (510) 444-6698
 5
 6  Attorneys for Plaintiffs
    R.N. DEWBERRY, also known as
 7  SITAWA NANTAMBU JAMAA,
    DANNY TROXELL, GABRIEL REYES,
 8  PAUL A. REDD JR., SALVADOR PEREZ,
    ANTONIO GUILLEN, ARTURO CASTELLANOS,
 9  TODD ASHKER, LUIS ESQUIVEL, and
10  ANNE BUTTERFIELD WEILLS
11
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.N. DEWBERRY, also known as SITAWA NANTAMBU JAMAA, DANNY TROXELL, GABRIEL REYES, PAUL A. REDD JR., SALVADOR PEREZ, ANTONIO GUILLEN, ARTURO CASTELLANOS, TODD ASHKER, LUIS ESQUIVEL and ANNE BUTTERFIELD WEILLS,<br><br>Plaintiffs,<br><br>vs.<br><br>RALPH DIAZ, Acting Secretary, State of California, Department of Corrections and Rehabilitation (CDCR); SCOTT KERNAN, Former Secretary, CDCR; and KATHLEEN ALLISON, Acting Secretary of Operations, CDCR,<br><br>Defendants. | Case No. 4:19-cv-01144-SBA<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

*Dewberry v. Diaz,* No. 4:19-cv-01144-SBA
Notice of Unavailability of Counsel - 1

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that plaintiffs' counsel EmilyRose Johns of Siegel, Yee, Brunner & Mehta will be out of the country and unavailable for any purpose from November 19, 2019, through and including December 5, 2019.

Dated: November 18, 2019

        SIEGEL, YEE, BRUNNER & MEHTA

        By:   /s/EmilyRose Johns
             EmilyRose Johns

        Attorneys for Plaintiffs
        R.N. DEWBERRY, also known as
        SITAWA NANTAMBU JAMAA,
        DANNY TROXELL, GABRIEL REYES,
        PAUL A. REDD JR., SALVADOR
        PEREZ, ANTONIO GUILLEN,
        ARTURO CASTELLANOS,
        TODD ASHKER, LUIS ESQUIVEL and
        ANNE BUTTERFIELD WEILLS