UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE:  December 18, 2019     Time in Court: 15 minutes

JUDGE: SAUNDRA BROWN ARMSTRONG     Court Reporter: (unreported)

Courtroom Deputy: Doug Merry

CASE NO.    C19-1144 SBA

TITLE:    Dewberry v. Diaz

COUNSEL FOR PLAINTIFF:         COUNSEL FOR DEFENDANT:
Emily Rose Johns               Preeti Bajwa

PROCEEDINGS:   Telephonic Case Management Conference

RESULTS:

| | |
|---|---|
| Deadline to Amend Pleadings | 12/20/19 |
| Close of Fact Discovery | 06/30/20 |
| Expert Disclosure and Reports | 06/30/20 |
| Rebuttal Expert Designation | 07/28/20 |
| Close of Expert Discovery | 08/25/20 |
| Law and Motion Cut Off | 10/14/20 |
| Jury Trial (3-4 days) | 01/25/21 at 10AM |
| Pretrial Conference | 01/13/21 at 2PM |
| | |
| Pretrial Preparation Due | 11/18/20 |
| MILS/Objections to Evidence | 12/02/20 |
| Responses to MILS/Objections to Evidence | 12/09/20 |
| Replies | 12/16/20 |
| | |
| | |

OTHER:

Parties stipulate to have the early MSC conducted by Magistrate Judge Kim.
Parties stipulate to have all discovery disputes referred to Magistrate Judge Corley.
Above matters shall be so referred in accordance with the aforementioned stipulations of the parties.